[No. 26533-4-I.   Division One.   April 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
FLOYD VANGUILDER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-02433-6, R. Joseph Wesley, J., entered
June 15, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Forrest and Agid, JJ.

[No. 27280-2-I.   Division One.   April 6, 1992.]

FREDERICK DOERFLEIN, ET AL, *Respondents*, v. MARY
DOERFLEIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-14448-4, Ricardo S. Martinez, J., entered
October 11, 1990. *Vacated* and *remanded* by unpublished
per curiam opinion.

[No. 28140-2-I.   Division One.   April 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
MCDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-00015-0, Terrence A. Carroll, J., entered
March 19, 1991. *Dismissed* by unpublished per curiam
opinion.

[No. 27024-9-I.   Division One.   April 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FARRIS
EARL ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01285-0, Robert C. Bibb, J.,
entered September 21, 1990. *Reversed* and *dismissed* by
unpublished opinion per Forrest, J., concurred in by Webster, A.C.J., and Coleman, J.